CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 0 5 2013

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| PATRICIA PRESTON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 6:12-cv-00043-NKM |
| ) | |
| ENVIROGARD OF THE SOUTHEAST, ) | |
| LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL ORDER

This day came the parties, by counsel, to advise the Court that they have resolved all claims and disputes in this action. Plaintiffs, Patricia Preston, Bluwood of Virginia, LLC, David Keith Campbell and Martha Campbell have agreed to dismiss, with prejudice, all claims in this action against all Defendants.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that this action is DISMISSED WITH PREJUDICE in its entirety against all Defendants. Each party shall pay her, his or its own respective costs including attorneys' fees.

IT IS SO ORDERED.

ENTERED: 8 / 5 / 13

_____
United States District Court Judge